IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
Sherrie K., individually  )    1:05-CV-00596-HG-LEK
and on behalf of thier    )
minor child, Amber K.,    )
Mitch K., individually    )
and on behalf of their    )
minor child, Amber K. and )
Amber K.,                 )
                          )
        Plaintiff(s),     )
                          )
    vs.                   )
                          )
Education, Department of, )
State of Hawaii, Pat      )
Hamamoto                  )
in her official capacity  )
as Superintendent of the  )
Hawaii Public Schools, ,  )


            Defendant(s).
```

ORDER ADOPTING REPORT OF SPECIAL MASTER ON THE

AMOUNT OF REIMBURSEMENT FOR STAY-PUT SERVICES

A Report of Special Master having been filed and served on all parties on March 17, 2008 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special Master on The

Amount of Reimbursement for Stay-Put Services, Doc. No. 33, is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 14, 2008.



/s/ Helen Gillmor

Chief United States District Judge